IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRAY COLEMAN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-425-MAK |
| | : | |
| CITY OF WILMINGTON | : | |

## ORDER

AND NOW, this 28th day of December 2023, upon considering Defendant's Motion to dismiss (D.I. 23) the amended Complaint (D.I. 22), Plaintiff's Response (D.I. 27), Defendant's Reply (D.I. 32), and for reasons in today's accompanying memorandum, it is **ORDERED** Defendant's Motion to dismiss (D.I. 23) is **GRANTED** requiring we **dismiss** the amended Complaint (D.I. 22) with prejudice as to the two civil rights claims and direct the Clerk of Court **close** this matter.

_____
KEARNEY, J.